UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN DWAYNE ASHWELL LAW,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, MAT WILLIAMS,<br><br>Defendants. | CASE NO. 2:25-cv-00584-JHC<br><br>ORDER RE: DISMISSAL |

On April 7, 2025, the Court dismissed without prejudice Law's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted. Dkt. # 6 at 3. The Court gave Law 14 days to amend his complaint. *Id.* Law did not file an amended complaint within the time period. *See generally* Dkt. Thus, the Court DISMISSES this matter without prejudice.

Dated this 22nd day of April, 2025.

John H. Chun
United States District Judge

ORDER RE: DISMISSAL - 1